FILED'08 MAR 07 12:10USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN M. HOWARD,                    )
                                    )        Civil No. 07-365-PK
              Plaintiff(s),         )
                                    )        **JUDGMENT**
       v.                           )
                                    )
MICHAEL J. ASTRUE, Commissioner     )
of Social Security,                 )
                                    )
              Defendant(s).         )

Based on the record,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED and that this

case is DISMISSED with prejudice.  Pending motions, if any, are DENIED AS MOOT.

Dated this ⁀7+h day of March, 2008.

by _____
   Paul Papak
   United States Magistrate Judge